JEANNETTE T. ALDRICH, Appellant, *v:* GUARANTY TRUST COMPANY OF NEW YORK, as Temporary Administrator of the Estate of SHERWOOD ALDRICH, Deceased, Respondent.

*Appeal — order of Appellate Division reversing order granting motion for sequestration of property and appointment of receiver — appeal, without permission, to Court of Appeals, dismissed.*

*Aldrich v. Aldrich,* 220 App. Div. 555, appeal dismissed.
(Argued January 16, 1928; decided February 14, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1927, which reversed an order of Special Term granting a motion, by plaintiff, for sequestration of the property of defendant's intestate, and appointing a receiver, and denied said motion.

*Edward E. Hoenig* and *William M. Sullivan* for appellant.

*Henry A. Uterhart* and *Alfred M. Schaffer* for respondent.

Appeal dismissed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MARY VINCI, an Infant, by ANTHONY VINCI, Her Guardian ad Litem, Respondent, *v.* LOUIS BREMER, Appellant, Impleaded with Another.

*Negligence — piece of iron protruding from sidewalk near entrance to building — liability of owner for injury to child of tenant who tripped on iron and fell.*

*Vinci v. Bremer,* 220 App. Div. 760, affirmed.
(Submitted January 16, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover

for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The parents of plaintiff, a child twelve years of age, were tenants of the defendants. Plaintiff had been to a neighboring store for a bottle of milk. Upon returning, as she was about to enter the vestibule, her foot struck a piece of iron protruding from the sidewalk near the steps causing her to fall and receive the injuries complained of.

*George F. Hickey, Harold R. Oakes* and *William Butler* for appellant.

*Charles A. Winter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GEORGE H. CLARKSON, Appellant, *v.* BURNS L. SMITH, Respondent.

*Negligence — motor vehicles — passenger injured through chauffeur's steering backing automobile against bank in order to stop, causing car to overturn.*

*Clarkson v. Smith*, 220 App. Div. 808, reversed.

(Argued January 16, 1928; decided February 14, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 26, 1927, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant. Plaintiff was injured while riding as a passenger in defendant's automobile. While going up grade the engine stalled and the car started to back down and the chauffeur threw the rear end of the car into the bank at the side of the road in order to stop, causing the car to turn over.

*George R. Fearon* for appellant.
*H. D. Bailey* for respondent.